# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>LEILANI ROSS, an individual,<br><br>          Plaintiff,<br><br> v.<br><br>RICHARD M. KIPPERMAN, in his capacity as liquidating trustee of the Liquidating Trust of San Diego Hospice & Palliative Care,<br><br>          Defendant. | Case No.: 3:14-cv-02236-JAH-JMA<br><br>**ORDER VACATING HEARING DATE** |

After a careful review of the pleadings submitted in support of, and in opposition to, the motion to set aside entry of default filed by defendant Kipperman (doc. no. 27) and the amended motion for default judgment filed by plaintiff Ross (doc. no. 30), this Court deems the motions suitable for disposition without oral argument. See CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the date of June 15, 2015 set for hearing the motions is VACATED and the motions are taken under submission. This Court will issue its written ruling on the motions in due course.

DATED: June 15, 2015

_____
JOHN A. HOUSTON
United States District Judge