# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LEILANI ROSS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>SAN DIEGO HOSPICE & PALLIATIVE CARE CORPORATION, a California Corporation, SAN DIEGO HOSPICE FOUNDATION, a California Corporation; RICHARD M. KIPPERMAN, in his capacity as liquidating trustee of the Liquidating Trust of San Diego Hospice & Palliative Care, and DOES 1-10,<br><br>        Defendants. | Case No.: 3:14-cv-02236-JAH-JMA<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EXPERT DISCLOSURE DATES** |

On June 25, 2015, the parties in this case filed the Joint Motion To Continue Expert Disclosure Dates.

Having reviewed the joint motion, and having found good cause therefore, the Court hereby GRANTS the joint Motion.

Accordingly, Plaintiff(s) (or the party(ies) having the burden of proof on any claim) shall serve on all parties a list of experts whom that party expects to call at trial on or before August 26, 2015. Defendant(s) (or the party(ies) defending any claim, counterclaim, crossclaim, or third party claim) shall serve on all parties a list of experts whom that party expects to call at trial on or before September 10, 2015. On or before September 24, 2015, any party may supplement its designation in response to any other party's designation, so long as that party has not previously retained an expert to testify on that subject.

All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before August 31, 2015.  Any rebuttal or contradictory information shall be disclosed on or before November 30, 2015.

All other deadlines remain as previously set.

IT IS SO ORDERED this _____ day of June 2015.

_____
HONORABLE JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE